THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN J. JOHNSTON, Respondent.

(Submitted June 7, 1920; decided June 11, 1920.)

Motion for re-argument denied.   (See 228 N. Y. 332.)

---

WILLIAM H. SMITH, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Submitted June 7, 1920; decided June 11, 1920.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 227 N. Y. 405.)